1  Jackie D. Zeagler
   535 Bellevue Ave., Apt. 6
2  Oakland, California 94610
   (510) 452-9737
3                      E-filing
   In Pro Per
4

5

6                    **UNITED STATES DISTRICT COURT**

7                  **NORTHERN DISTRICT OF CALIFORNIA**

8
   JACKIE D. ZEAGLER,              )        **C07-03809**      CRB
9                     Plaintiff,   )
                                   )        CIVIL NO.
10       vs.                       )
                                   )        **COMPLAINT FOR JUDICIAL REVIEW**
11  MICHAEL J. ASTRUE,             )        **OF DECISION OF COMMISSIONER**
    Commissioner of Social Security )       **OF SOCIAL SECURITY**
12                                 )        (Administrative Procedure Act Case)
                     Defendant.    )
13                                 )
                                   )
14

15       The above named plaintiff makes the following representations to this court for the purpose of

16  obtaining judicial review of a decision of the defendant adverse to the plaintiff:

17       1. The plaintiff is a resident of Oakland, California.

18       2. The defendant is the Commissioner of the Social Security Administration.

19       3. The plaintiff complains of a decision which adversely affects the plaintiff in whole or in part.

20  The decision has become the final decision of the Commissioner for purposes of judicial review and

21  bears the following caption:

22       **In the case of**                    **Claim for**
         Jackie Zeagler                        Supplemental Security Income
23

24
                                               XXX-XX-3952
25       Wage Earner                           Social Security Number

26

27

28

1   4. Plaintiff has fully and completely exhausted all administrative remedies and received a

2 final decision of the Commissioner for purposes of judicial review.

3
   5. Jurisdiction: This court has jurisdiction for judicial review pursuant to 42 U.S.C. §405(g).
4

5   WHEREFORE, plaintiff prays that the decision of the Commissioner be reversed and that

6 plaintiff be awarded benefits under the Social Security Act or for such other relief as may be proper,

7 including costs.

8

9
 DATE: 7-24-07       Jackie R. Zager
10           In Pro Per

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Complaint*