Jackie D. Zeagler
535 Bellevue Ave., Apt. 6
Oakland, California 94610
(510) 452-9737

E-filing

FILED
2007 JUL 25 PM 12: 22

In Pro Per

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACKIE D. ZEAGLER,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant

C07-03809  CRB

CIVIL NO:

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**
(Non-prisoner cases only)

---

    I, Jackie D. Zeagler, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?   Yes ____  No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

Application to Proceed In Forma Pauperis

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.
3  _May of 2003 Aprox. 8-7 hundred Dollars. Jo the_
4  _best of my knowlege._
5  _____
6  2.     Have you received, within the past twelve (12) months, any money from any of the
7         following sources:
8     a.  Business, Profession or                          Yes ___ No _X_
9         self employment
10    b.  Income from stocks, bonds,                       Yes ___ No _X_
11        or royalties?
12    c.  Rent Payments                                    Yes ___ No _X_
13    d.  Pensions, annuities, or                          Yes ___ No _X_
14        life insurance payments?
15    e.  Federal or State welfare payments,               Yes _X_ No ___
16        Social Security or other government source?
17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.
19       General Assistance - $336/month; Foodstamps $155/month
20  _____
21  3.     Are you married?                                Yes ___ No _X_
22  Spouse's Full Name: _____
23  Spouse's Place of Employment _____
24  Spouse's Monthly Salary, Wages or Income:
25  Gross $ _____ Net $ _____
26  4.   a. List amount you contribute to you spouse's support: $ _N/A_
27       b. List the persons other than your spouse who are dependent upon you for support
28

Application to Proceed In Forma Pauperis

and indicate how much you contribute toward their support. (NOTE: For minor children, list only initials and ages.  DO NOT INCLUDE THEIR NAMES).

_____

_____

5.   Do you own or are you buying a home?    Yes ___ No X

Estimated Market Value: $ _____ Amount of Mortgage: $ _____

6.   Do you own an automobile?    Yes ___ No X

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, total due: $ _____

Monthly Payment: $ _____

7.   Do you have a bank account?  Yes X No ___ (Do not include account numbers.)

Name(s) and address(es) of bank:   Educational Employees Credit Union

 PO Box 5242, Fresno, CA 93755

Present balance(s): $  $2,47  (I haven't used account in long time.)

Do you own any cash? Yes X No ___ Amount: $ about $6

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No X

8.   What are your monthly expenses?

Rent: $  $319 paid by GA directly    Utilities:    0

Food: $  $155 (food stamps)          Clothing:    0

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| All closed | $ | $ |
|  | $ | $ |
|  | $ | $ |

9.   Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

Application to Proceed In Forma Pauperis

1 | __Yes, I have a lot of debts, mostly old credit cards that I owe on but don't have any money to
2 | pay.
3 | 10.    Does the complaint which you are seeking to file raise claims that have been presented in
4 | other lawsuits?  Yes ___  No _X_
5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
6 | which they were filed.
7 | _____
8 | _____
9 | I declare under the penalty of perjury that the foregoing is true and correct and understand that a
10 | false statement herein may result in the dismissal of my claims.

12 | 7-24-07                              *Jackie D. Zeagler*
13 |    DATE                            SIGNATURE OF APPLICANT

Application to Proceed In Forma Pauperis