1 | Kelly Dunn  SBN# 104380
  | The Hawkins Center
2 | 101 Broadway Ave.
  | Richmond, California 94804
3 | (510) 232-6611 (phone)
  | (510) 232-2271 (fax)
4 |
5 | Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JACKIE D. ZEAGLER, ) | |
| Plaintiff, ) | |
| ) | CIVIL NO.  C-07-03809 CRB |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | **STIPULATION AND ORDER TO** |
| Commissioner of Social Security ) | **EXTEND TIME FOR PLAINTIFF** |
| ) | **TO FILE MOTION FOR SUMMARY** |
| Defendant. ) | **JUDGMENT** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 40 days in which to file her Motion for Summary Judgment.[1]  Plaintiff's motion was due on December 14, 2007, pursuant to Civil L.R. 16-1(e).  Plaintiff's Motion for Summary Judgment is now due on January 25, 2008.

//
//
//
//
//
//
//

---

1.  See attached Declaration of Kelly Dunn on behalf of Jackie D. Zeagler

1
2  This is Plaintiff's first request for an extension.
3
4
5
6  Dated: December 7, 2007          _____/S/_____
7                                   KELLY DUNN
                                    Attorney for Plaintiff
8
9
10
11 Dated: December 7, 2007          _____/S/_____
                                    ELIZABETH FIRER
12                                  Special Assistant United States Attorney
13
14 PURSUANT TO STIPULATION, IT IS SO ORDERED:
15
16
17
18
19 Dated:  December 11, 2007        _____
                                    CHARLES R. BREYER
20                                  United States District Judge
21
22
23
24
25
26
27
28

*Stipulation and Order to Extend Time C 07-03809 CRB*